IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTENDIS GMBH, INTRASERV GMBH & CO. KG and BAYER HEALTHCARE PHARMACEUTICALS INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 13-421 (SLR) |
| GLENMARK GENERICS LIMITED and GLENMARK GENERICS INC., USA, | ) ) ) | |
| Defendants. | ) | |

## STIPULATION AND PROPOSED ORDER TO AMEND SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, subject to the approval of the Court, that certain deadlines set forth in the Scheduling Order (D.I. 15) (the "Scheduling Order") shall be modified as set forth below:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Close of fact discovery | March 21, 2014 | May 2, 2014 |
| Opening expert reports | April 25, 2014 | June 6, 2014 |
| Rebuttal expert reports | May 30, 2014 | July 11, 2014 |
| Supplemental expert reports (e.g., on secondary considerations of obviousness) | June 27, 2014 | August 8, 2014 |
| Close of expert discovery | August 1, 2014 | September 5, 2014 |
| Supplementations under Fed. R. Civ. P. 26(e) | August 8, 2014 | September 12, 2014 |

All other deadlines set forth in the Scheduling Order shall remain the same.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| */s/ Rodger D. Smith II* | */s/ Karen E. Keller* |
| Rodger D. Smith II (#3778)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>rsmith@mnat.com<br>  *Attorneys for Plaintiffs* | Karen E. Keller (#4489)<br>Andrew E. Russell (#5382)<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br>  *Attorneys for Defendants* |

SO ORDERED this ___ day of _____ 2014.

_____
United States District Judge

7960486.1