IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTENDIS GMBH, INTRASERV GMBH & CO. KG and BAYER HEALTHCARE PHARMACEUTICALS INC., <br><br> Plaintiffs, <br><br> v. <br><br> GLENMARK GENERICS LIMITED and GLENMARK GENERICS INC., USA, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 13-421 (SLR) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of:  (1) *Plaintiffs' Responses and Objections to Defendants' Third Set of Interrogatories to Plaintiffs (Nos. 15-17)*; and (2) *Plaintiffs' Responses to Defendants' Third Set of Requests for Production of Documents and Things (Nos. 91-97),* were caused to be served on March 20, 2014, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire <br> David M. Fry, Esquire <br> SHAW KELLER LLP <br> 300 Delaware Avenue, Suite 1120 <br> Wilmington, DE  19801 <br> *Attorneys for Defendants* | VIA ELECTRONIC MAIL |
| James Galbraith, Esquire <br> Huiya Wu, Esquire <br> Michael W. Glynn, Ph.D., Esquire <br> KENYON & KENYON LLP <br> One Broadway <br> New York, NY  10004 <br> *Attorneys for Defendants* | VIA ELECTRONIC MAIL |

                                                  MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                  */s/ Rodger D. Smith II*

                                                  _____
                                                  Rodger D. Smith II (#3778)
                                                  1201 North Market Street
                                                  P.O. Box 1347
                                                  Wilmington, DE 19899-1347
                                                  (302) 351-9200
                                                  rsmith@mnat.com

OF COUNSEL:                             *Attorneys for Plaintiffs Intendis GmbH,*
                                                  *Intraserv GmbH & Co. KG and Bayer*
Bradford J. Badke                       *HealthCare Pharmaceuticals Inc.*
Michael P. Kahn
Michael S. Heesters
Beth Finkelstein
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000

March 20, 2014
7066226.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 20, 2014, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>David M. Fry, Esquire<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE  19801<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| James Galbraith, Esquire<br>Huiya Wu, Esquire<br>Michael W. Glynn, Ph.D., Esquire<br>KENYON & KENYON LLP<br>One Broadway<br>New York, NY  10004<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |

/s/ *Rodger D. Smith II*

Rodger D. Smith II (#3778)