IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTENDIS GMBH, INTRASERV GMBH & CO. KG, and BAYER HEALTHCARE PHARMACEUTICALS INC., )<br><br>Plaintiffs, )<br><br>v. )<br><br>GLENMARK GENERICS LIMITED and GLENMARK GENERICS INC., USA, )<br><br>Defendants. ) | C.A. No. 13-421-SLR |

## UNOPPOSED MOTION TO AMEND THE CASE CAPTION

Glenmark Generics Ltd. and Glenmark Generics Inc., USA (n/k/a Glenmark Pharmaceuticals Inc., USA) respectfully request that the case caption be amended as shown in the attached order. This amendment reflects that effective May 1, 2015, Glenmark Generics Inc., USA changed its name to Glenmark Pharmaceuticals Inc., USA.

Plaintiffs do not oppose this request.

Respectfully submitted,

/s/ Jeffrey T. Castellano
Karen E. Keller (No. 4489)
Jeffrey T. Castellano (No. 4837)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
jcastellano@shawkeller.com
*Attorneys for Defendants Glenmark Generics Ltd. and Glenmark Pharmaceuticals Inc., USA*

OF COUNSEL:
Elizabeth Holland
Huiya Wu
Linnea Cipriano
Wyatt Delfino, Ph.D.
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
(212) 813-8800

Dated: May 5, 2015

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTENDIS GMBH, INTRASERV GMBH & CO. KG, and BAYER HEALTHCARE PHARMACEUTICALS INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 13-421-SLR |
| GLENMARK GENERICS LIMITED and GLENMARK GENERICS INC., USA, | ) ) ) ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER AMENDING THE CASE CAPTION

At Wilmington this ____ day of _____, 2015, having considered Defendants' Unopposed Motion to Amend the Case Caption, IT IS HEREBY ORDERED that the motion is GRANTED. The docket shall be updated to reflect the following new case caption:

| | | |
|---|---|---|
| INTENDIS GMBH, INTRASERV GMBH & CO. KG, and BAYER HEALTHCARE PHARMACEUTICALS INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 13-421-SLR |
| GLENMARK GENERICS LIMITED and GLENMARK PHARMACEUTICALS INC., USA, | ) ) ) ) | |
| Defendants. | ) | |

 

_____
United States District Judge