IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTENDIS GMBH, INTRASERV GMBH & CO. KG and BAYER HEALTHCARE PHARMACEUTICALS INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. No. 13-421 (SLR) ) |
| GLENMARK PHARMACEUTICALS LIMITED and GLENMARK PHARMACEUTICALS INC., USA., | ) ) ) ) |
| Defendants. | ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum and order of July 27, 2015;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of plaintiffs and against defendants.

_[signature]_
United States District Judge

Dated: 7/27/2015

_[signature: Nicole Nolt]_
(By) Deputy Clerk